UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | |
| JACEK KUBICKI. | ) | CASE NO.  07 b 22207           ) |
| DEBTOR. | ) | JUDGE CAROL A. DOYLE |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   **Allan J. DeMars, Esq.**
         **Email: alland1023@aol.com**

**Please Take Notice** that on March 19, 2009, the UnitedStates Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice  be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                                          WILLIAM T. NEARY
                                                          UNITED STATES TRUSTEE

DATED: March 19, 2009          BY:    /s/ Dean C. Harvalis         _____
                                       Dean C. Harvalis, Assistant U.S. Trustee
                                      OFFICE OF THE U.S. TRUSTEE
                                      219 SOUTH DEARBORN, ROOM 873
                                      CHICAGO, ILLINOIS  60604
                                      (312) 886-5785

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on March 19, 2009.

                                                /s/ Dean C. Harvalis