UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| JACEK KUBICKI | ) | CASE NO. 07 B 22207 |
| DEBTOR | ) | |
| | ) | HON. CAROL A. DOYLE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **April 16, 2009**                Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                             $  14,010.67

    Disbursements                        $       201.27

    Net Cash Available for Distribution  $  13,809.40

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $ 2,151.07 | $ 14.25 |
| Allan J. DeMars, attorney | $ None | $ 2,340.00 | |
| Lois West/ Popowcer Katten Ltd, accountants | $ None | $ 924.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0           must be paid in full for there to be any dividend to general unsecured creditors.

    Allowed priority claims are: NONE

7.  Claims of TIMELY FILED unsecured creditors totaling $10,765.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 77.83431%.

Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | First National Credit Card Center, div. of First Natl Bank of Omaha | $ 3,197.40 | $ 2,488.67 |
| 2 | Chase Bank USA | 2,934.56 | 2,284.10 |
| 3 | Chase Bank USA | 2,772.12 | 2,157.66 |
| 4 | eCast Settlement Corp., assignee of HSBC Nevada | 559.02 | 435.11 |
| 5 | LVNV Funding LLC as assignee of Citibank | 1,302.82 | 1,014.04 |
|   |   | $10,765.92 | $ 8,379.58 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing either because there is no equity in said property or said property has been claimed as exempt:cash: $300.00; checking account: $300.00; household goods: $500.00; clothing: $500.00; interest in Expert Window, Inc.: 0; 2000 Mitsubishi Montero: $10,000.00

Dated:  **March 19, 2009**                                                                          For the Court,

                                                                                       By: **KENNETH S. GARDNER**
                                                                                             Kenneth S. Gardner
                                                                                             Clerk of the U.S. Bankruptcy Court
                                                                                             219 So. Dearborn Street; 7th Floor
                                                                                             Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

Case 07-22207   Doc 43   Filed 03/19/09   Entered 03/21/09 23:54:10   Desc Imaged
                        Certificate of Service     Page 3 of 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Mar 19, 2009
Case: 07-22207                 Form ID: pdf002             Total Served: 22

The following entities were served by first class mail on Mar 21, 2009.
db         +Jacek Kubicki,    500 W. Huntington,   #359,   Mt. Prospect, IL 60056-5254
13072820   +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11777836   +Bank of America,   #4888603140842311,   P.O. Box 15026,    Wilmington, DE 19850-5026
11777837   +Bank of America,   #4888936102076969,   P.O. Box 15026,    Wilmington, DE 19850-5026
11777838    Bofa Loan Products RPs,   #74974703153566,   P.O. Box 15027,    Wilmington, DE 19850-5027
11934792   +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11777839    Capital-One,   #4802132057073036,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
11777841    Chase Bank USA RPS,   #5417022662395779,   P.O. Box 15298,    Wilmington, DE 19850-5298
11777840    Chase Bank USA RPS,   #5467103000049434,   P.O. Box 15298,    Wilmington, DE 19850-5298
11777842   +Citibank MC RPS,   #5424180596247947,   Box 6000,    The Lakes, NV 89163-0001
11777843   +Citibank MC RPS,   #5424180745402153,   Box 6000,    The Lakes, NV 89163-0001
11777844   +First Equity Card,   #4988820003666475,   P.O. Box 84075,    Columbus, GA 31908-4075
11777845    First National Bank Omaha,   #4412970168289658,    P.O. Box 3696,   Omaha, NE 68103-0696
11926981   +First National Credit Card Center,    Div. of First National Bank of Omaha,
             1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0003
11777846    HSBC Card Services,   #5155970018746947,   PO Box 80084,    Salinas, CA 93912-0084
11777847   +LaSalle Bank,   #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-2,   135 South LaSalle Street,    Chicago, IL 60603-4489
11777849   +LaSalle Bank,   #5201003828,   135 South LaSalle Street,    Chicago, IL 60603-4489
11777848   +LaSalle Bank,   #5304444879,   135 South LaSalle Street,    Chicago, IL 60603-4489
11777850   +PJA Associates P.C.,    6238 W. Addison St.,    Chicago, IL 60634-4101
11777851   +PJA Associates, P.C.,    c/o THE CHAET KAPLAN FIRM,    30 N LASALLE # 1520,   CHICAGO IL 60602-3387
12112128    eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission on Mar 19, 2009.
12171345      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 21, 2009**          **Signature:**  *Joseph Speetjens*