# UNITED STATES BANKRUPTCY COURT
## NORTHERN   DISTRICT OF ILLINOIS

In re:   JACEK KUBICKI                §        Case No.   07-22207
                                      §
                                      §
                                      §
            Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS                          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,700.00 | Assets Exempt: | $6,900.00 |
| Total Distributions to Claimants: | $8,380.67 | Claims Discharged Without Payment: | $108,217.64 |
| Total Expenses of Administration: | $5,631.09 | | |

3) Total gross receipts of _____ $14,011.76 (see **Exhibit 1**) , minus funds paid to the debtor and third parties of _____ $0.00 (see **Exhibit 2**), yielded net receipts of _____ $14,011.76 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,631.09 | $5,631.09 | $5,631.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $117,175.40 | $41,368.68 | $41,368.68 | $8,380.67 |
| **TOTAL DISBURSEMENTS** | $117,175.40 | $46,999.77 | $46,999.77 | $14,011.76 |

4) This case was originally filed under chapter __7__ on __11/27/2007__ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for ___18__ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __06/12/2009_____ By: __/s/ ALLAN J. DeMARS_____
Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|---|
| Delete | payment for shares of stock in Czech Enterprises | 1221-000 | $14,000.00 |
| Delete | interest on invested funds | 1270-000 | $11.76 |
| Click Add button to add additional gross receipts. | | Add | |
| **TOTAL GROSS RECEIPTS** | | | $14,011.76 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| | PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|---|
| Delete | | | | $0.00 |
| Click Add button to add additional payees. | | | Add | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Delete | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Click Add button to add additional secured claims. | | Add | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| | PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Delete | Allan J. DeMars | 2100-000 | N/A | $2,151.07 | $2,151.07 | $2,151.07 |
| Delete | Allan J. DeMars | 2200-000 | N/A | $14.25 | $14.25 | $14.25 |
| Delete | Allan J. DeMars | 3110-000 | N/A | $2,340.00 | $2,340.00 | $2,340.00 |
| Delete | Lois West/Popowcer Katten | 3410-000 | N/A | $924.50 | $924.50 | $924.50 |
| Delete | International Sureties, Ltd. | 2300-000 | N/A | $23.27 | $23.27 | $23.27 |
| Delete | Illinois Dept. of Revenue | 2820-000 | N/A | $178.00 | $178.00 | $178.00 |
| Click Add button to add additional Ch7 fees and charges. | Add | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $5,631.09 | $5,631.09 | $5,631.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| | PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Delete | | | N/A | $0.00 | $0.00 | $0.00 |
| Click Add button to add prior chapter fees and charges. | Add | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Delete | | | $0.00 | $0.00 | $0.00 | $0.00 |
| Click Add button to add priority unsecured claims. | Add | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Delete | Bank of America | 7100-900 | $6,136.72 | $0.00 | $0.00 | $0.00 |
| Delete | Bank of America- LATE | 7100-900 | $6,198.88 | $6,256.89 | $6,256.89 | $0.00 |
| Delete | Bank of America Loan Products - LATE | 7100-000 | $23,878.26 | $24,345.87 | $24,345.87 | $0.00 |
| Delete | Capital One | 7100-900 | $7,848.46 | $0.00 | $0.00 | $0.00 |
| Delete | Chase Bank | 7100-900 | $3,168.00 | $2,772.12 | $2,772.12 | $2,157.94 |
| Delete | Chase Bank | 7100-900 | $3,212.81 | $2,934.56 | $2,934.56 | $2,284.39 |
| Delete | Citibank | 7100-900 | $1,055.82 | $0.00 | $0.00 | $0.00 |
| Delete | First Equity Card | 7100-900 | $6,261.63 | $0.00 | $0.00 | $0.00 |
| Delete | First National Bank of Omaha | 7100-900 | $2,917.75 | $3,197.40 | $3,197.40 | $2,489.00 |
| Delete | HSBC Card Services | 7100-900 | $417.07 | $559.02 | $559.02 | $435.17 |
| Delete | LaSalle Bank | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| Delete | LaSalle Bank | 7100-000 | $1,986.00 | $0.00 | $0.00 | $0.00 |
| Delete | LaSalle Bank | 7100-000 | $496.00 | $0.00 | $0.00 | $0.00 |
| Delete | LVNV Funding as assignee of Citibank | 7100-000 | $2,153.00 | $1,302.82 | $1,302.82 | $1,014.17 |
| Delete | PJA Associates | 7100-000 | $16,445.00 | $0.00 | $0.00 | $0.00 |
| Click Add button to add unsecured claims. Add | | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $117,175.40 | $41,368.68 | $41,368.68 | $8,380.67 |

EXHIBIT 8          FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. <u>07-22207</u>

Case Name: <u>JACEK KUBICKI</u>

For Period Ending: <u>12/31/09</u>

Trustee Name: <u>Allan J. DeMars</u>

Date Filed (f) or Converted (c):<u>11/27/07(F)</u>

§341(a) Meeting Date: <u>12/27/07</u>

Claims Bar Date: <u>April 24, 2008</u>

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 300.00 | 0.00 | DA | | FA |
| 2 | checking account | 300.00 | 0.00 | DA | | FA |
| 3 | household furnishings | 500.00 | 0.00 | DA | | FA |
| 4 | wearing apparel | 500.00 | 0.00 | DA | | FA |
| 5 | interest in Expert Window, Inc. | 0.00 | 0.00 | DA | | FA |
| 6 | account receivable(u) | 14,000.00 | 14,000.00 | | 14,000.00 | FA |
| 7 | 2000 Mitsubishi Montero | 10,000.00 | 0.00 | DA | | FA |
| 8 | interest on invested funds | | | | 11.76 | |

TOTALS (Excluding unknown values)          <u>14,000.00</u>          <u>14,011.76</u>          <u>1,000.00</u>

(Total Dollar Amount in Column 6)

Major activities affecting case closing: payment for shares of stock of Czech Enterprises; filing of estate tax returns

Initial Projected Date of Final Report (TFR): <u>March, 2009</u>          Current Projected Date of Final Report (TFR): <u>2/11/09</u>

**FORM 2**
## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:        07-22207                          Trustee's Name: Allan J. DeMars
Case Name:       JACEK KUBICKI                     Bank Name:      Bank of America
Taxpayer ID#:    11-6626159                        Initial CD #:   CDI
For Period Ending: 12/31/09                        Blanket bond (per case limit):  5,000,000
                                                   Separate bond (if applicable):
                                                           Money Market #: 3755541921

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 1/18/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 1,000.00 |
| 1/22/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 2,000.00 |
| 1/28/08 | Ref 6 | Czech Enterprises | nsf | 1221-000 | (1,000.00 ) | | 1,000.00 |
| 1/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.14 | | 1,000.14 |
| 2/4/08 | Ref 6 | Czech Enterprises | redeposit | 1221-000 | 1,000.00 | | 2,000.14 |
| 2/8/08 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 2.31 | 1,997.83 |
| 2/25/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 2,997.83 |
| 2/28/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.44 | | 2,998.27 |
| 2/29/08 | Ref 6 | Czech Enterprises | nsf | 1221-000 | (1,000.00 ) | | 1,998.27 |
| 3/5/08 | Ref 6 | Czech Enterprises | redeposit | 1221-000 | 1,000.00 | | 2,998.27 |
| 3/28/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 3,998.27 |
| 3/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.73 | | 3,999.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/30/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 4,999.00 |
| 4/30/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.98 | | 4,999.98 |
| 5/27/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 5,999.98 |
| 5/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.65 | | 6,000.63 |
| 6/30/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.74 | | 6,001.37 |
| 7/1/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 7,001.37 |
| 7/25/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 8,001.37 |
| 7/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.90 | | 8,002.27 |
| 8/29/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 9,002.27 |
| 8/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.01 | | 9,003.28 |
| 9/30/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.11 | | 9,004.39 |
| 10/2/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 10,004.39 |
| 10/28/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 11,004.39 |
| 10/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.28 | | 11,005.67 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 11/25/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 12,005.67 |
| 11/30/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.36 | | 12,007.03 |
| 11/30/08 | | Bank of America | check printing fee | | | 48.98 | 11,958.05 |
| | | | reversal of fee | | | (48.98 ) | 12,007.03 |
| 12/22/08 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 13,007.03 |
| 12/31/08 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 1.11 | | 13,008.14 |
| BALANCE CARRIED FORWARD | | | | | | | 13,008.14 |
| 1/27/09 | Ref 6 | Czech Enterprises | installment payment on purchase of debtor's prior business | 1221-000 | 1,000.00 | | 14,008.14 |
| 1/31/09 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.22 | | 14,008.36 |
| 2/5/09 | Check 1002 | International Sureties, Ltd. | bond premium | 2300-000 | | 20.96 | 13,987.40 |
| 2/5/09 | Check 1003 | Illinois Dept. of Revenue | 2008 state income tax | 2820-000 | | 178.00 | 13,809.40 |
| 2/28/09 | Ref 8 | Bank of America | interest on invested funds | 1270-000 | 0.21 | | 13,809.61 |
| 3/31/09 | Ref 13 | Bank of America | interest on invested funds | 1270-000 | 0.88 | | 13,810.49 |
| 4/16/09 | Check 1004 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,151.07 | 11,659.42 |
| 4/16/09 | Check 1005 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 14.25 | 11,645.17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/16/09 | Check 1006 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,340.00 | 9,305.17 |
| 4/16/09 | Check 1007 | Lois West/Popowcer Katten | accountant's fees | 3410-000 | | 924.50 | 8,380.67 |
| 4/16/09 | Check 1008 | First Natl Credit Card Center, div. of First Natl Bank of Omaha | 726(a)(2); 77.84443% | 7100-900 | | 2,489.00 | 5,891.67 |
| 4/16/09 | Check 1009 | Chase Bank USA | 726(a)(2); 77.84443% | 7100-900 | | 2,284.39 | 3,607.28 |
| 4/16/09 | Check 1010 | Chase Bank USA | 726(a)(2); 77.84443% | 7100-900 | | 2,157.94 | 1,449.34 |
| 4/16/09 | Check 1011 | eCast Settlement Corp. assignee of HSBC Nevada | 726(a)(2); 77.84443% | 7100-900 | | 435.17 | 1,014.17 |
| 4/16/09 | Check 1012 | LVNV Funding LLC as assignee of Citibank | 726(a)(2); 77.84443% | 7100-900 | | 1,014.17 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,011.76 | 14,011.76 | 0.00 |
| Less: Bank transfers/CD | | | |
| Subtotal | | | |
| Less: Payments to debtor(s) | | | |
| Net | 14,011.76 | 14,011.76 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market # 3755541921 | 14,011.76 | 14,011.76 | 0.00 |
| Net | 14,011.76 | 14,011.76 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |